IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ROBERT PHILYAW,

        Appellant,

v.

        Case No. 5D22-2326
        LT Case No. 2013-CF-0375

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed February 21, 2023

3.800 Appeal from the Circuit Court
for Marion County,
Robert W. Hodges, Judge.

Robert Philyaw, Milton, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.

EVANDER, EISNAUGLE and HARRIS, JJ., concur.